MAYTHAM, Appellant, v. DUNCAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by George W. Maytham against Elmer L. Duncan and others, as executors, etc. No opinion. Judgment affirmed, with costs.

MEDERER et al., Appellants, v. VAN SICLEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Charles Mederer and another against Andrew J. Van Siclen and others, as executors, etc. No opinion. Judgment affirmed, with costs.

MENTGES, Respondent, v. FLAGG STORAGE WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Peter J. Mentges against the Flagg Storage Warehouse Company. No opinion. Judgment and order affirmed, with costs. Motions for rehearing and for leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1127.

MENTGES, Respondent, v. FLAGG STORAGE WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Peter J. Mentges against the Flagg Storage Warehouse Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 147 N. Y. Supp. 1127.

MERCHANT v. RYALL et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Metta F. Merchant against George M. Ryall and others. No opinion. Motion denied, without costs. See, also, 147 N. Y. Supp. 1100.

In re MERKERT. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) In the matter of Joseph B. Merkert, an attorney. No opinion. The court directs an entry upon its minutes censuring the unprofessional conduct of Joseph B. Merkert, an attorney, in that, after the collection of $22, in November, 1912, under instruction from the payor to pay it promptly to August Kirsch, he failed to do so for a year.

MERUK et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by William Maruk and another against the City of New York.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. We are of opinion that the proofs justified a recovery by plaintiffs to some substantial extent of damage, and that on these points the proofs were practically undisputed.

MESSIAH HOME FOR CHILDREN v. ROGERS et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by the Messiah Home for Children

against Henry H. Rogers, Jr., individually, and others. No opinion. Motion granted, question certified as stated in order, and order filed. See, also, 161 App. Div. 366, 146 N. Y. Supp. 711.

METZGER, Respondent, v. ALPHONS CUSTODIS CHIMNEY CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Mary Metzger, as administratrix, etc., against the Alphons Custodis Chimney Construction Company. E. J. Redington, of New York City, for appellant. J. Deyo, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Settle order on notice.

METZGER, Respondent, v. MOLL, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Mary Metzger against Frank J. Moll. No opinion. Motion granted, and appeal dismissed, with costs.

MILLER et al., Appellants, v. NESSELOWITZ, Constable, et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Max Miller and another against Nathan Nesselowitz, Constable, etc., and others. No opinion. Motion denied, on condition that plaintiffs perfect the appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

MILLER et al., Respondents, v. UNITED STATES TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by David C. Miller and others against the United States Trust Company of New York. F. K. Johnston, of New York City, for appellant. L. G. Wallace, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MIRAN, Respondent, v. AMERICAN GAS MACH. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by John J. Miran against the American Gas Machine Company. No opinion. Motion denied. See, also, 146 N. Y. Supp. 1100.

MITSCHOW v. JOHN R. KEIM MILLS, Inc., Defendant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Charles Mitschow against John R. Keim Mills, Incorporated. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 160 App. Div. 912, 145 N. Y. Supp. 1134.

In re MONTEGRIFFO. (Supreme Court, Appellate Division, First Department. May 1, 1914.) In the matter of Agostino H. Montegriffo, Jr., an attorney. No opinion. Referred to official referee. Settle order on notice.